**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Family Dollar Stores, Inc-
1401 Monroe Rd
Matthews, NC 28105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Debra Harwood_      ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Debra Harwood                      2-11-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

O8CV76-WHA  #1Cmp

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0810 0005 4060 8003

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540