**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Family Dollar Stores, Inc
   P.O. Box 1017
   Charlotte, NC 28201-1017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Marcus Dale    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 FEB 11 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   08 CV 76 -WHA

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0005 4060 8010

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540