UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROSIE MAGWOOD, on behalf of herself
and others similarly situated,

        Plaintiff,

vs.

FAMILY DOLLAR STORES, INC.,

        Defendant.

No. 1:08-cv-76-WHA

Judge W. Harold Albritton, III

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW** the undersigned, and pursuant to L.R. 83.1(b), respectfully moves this Court to be allowed to appear I in this case on behalf of the defendant.

As grounds for this motion, the undersigned shows unto this Court that he is admitted to practice before, and is a member in good standing of, the Bar of the United States District Court for the Northern District of Illinois, which is the district in which he resides or regularly practices law; attached to this motion is a copy of his Certificate of Good Standing. The undersigned has associated local counsel on behalf of the defendant, who will be Terry Price, of the Birmingham firm of Ford & Harrison LLP, who is already a member in good standing of the Bar of this Court.

The undersigned acknowledges his understanding that, if permitted to appear in this case *pro hac vice*, he will be deemed to have conferred disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case, and that he will otherwise be treated as if a member of the Bar of this Court with respect to acts and conducts in connection with this case.

Simultaneously with the filing of this motion, the undersigned is tendering to the Clerk of this Court the prescribed fee for admission pro hac vice.

**WHEREFORE, THE ABOVE PREMISES HAVING BEEN CONSIDERED,** the undersigned moves this Court to grant this motion and to allow him to appear in this action on behalf of the defendant *pro hac vice*.

John A. Ybarra
One of the Attorneys for the Defendant

**OF COUNSEL:**

/s/ Terry Price
Terry Price
Alabama Bar No. ASB-4658-E58T
Email: tprice@fordharrison.com
Ford & Harrison LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on the 20th day of February, 2008 with the Clerk of the Court by using the CM/ECF system, which will send electronic copies to: Bobbie S. Crook, 367 S. St. Andrews Street, Dothan, AL 36301, BCrook100@aol.com.

/s/ Terry Price
Terry Price

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. John Anthony Ybarra

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That John Anthony Ybarra was duly admitted to practice in said Court on (12/16/1987) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/22/2008 )

                Michael W. Dobbins, Clerk,

                By: Liri Isufi
                    Deputy Clerk