IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:08cv076-WHA |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Defendant's Motion to Transfer Venue (Doc. #5), filed on February 20, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before March 19, 2008** why the motion should not be granted. The Defendant shall have **until March 26, 2008**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 20th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE