DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003967
Cashier ID: cstrecke
Transaction Date: 02/21/2008
Payer Name: LITTLER MENDELSON
------------------------------------
PRO HAC VICE
 For: JEREMY STEWART
 Case/Party: D-ALM-1-08-CV-000076-001
 Amount:        $50.00
PRO HAC VICE
 For: JOHN YBARRA
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
------------------------------------
CHECK
 Remitter: LITTLER MENDELSON
 Check/Money Order Num: 571993
 Amt Tendered:  $50.00
CHECK
 Remitter: LITTLER MENDELSON
 Check/Money Order Num: 571992
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

DALM108CV000076-A

MOT/PHV JEREMY STEWART

MOT/PHV JOHN YBARRA