**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 22, 2008

## NOTICE OF DOCKETING  ERROR

**To:      ALL COUNSEL OF RECORD**

**Case Style:**  Rosie Magwood  **v.** Family Dollar Stores, Inc.

**Case Number:**   1:08-cv-76-WHA

**Docket Entry Number:    11**

**The above referenced  MOTION to Stay was filed by counsel on 2/21/2008 without the required signature on the Certificate of Service. Upon realizing her error counsel re-filed said Motion to Stay attaching a properly signed pdf document (see docket entry #12).**

**Therefore Motion #11 is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard  the entry on the court's docket for this case.**