IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv076-WHA |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motions to Admit Pro Hac Vice (Docs. #6 and 7), filed on behalf of John A. Ybarra and Jeremy W. Stewart on February 20, 2008, and it appearing that John A. Ybarra and Jeremy W. Stewart are members in good standing of the United States District Court for the Northern District of Illinois, it is ORDERED that the motions be and the same are hereby **GRANTED**.

DONE this 25th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE