IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv076-WHA |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Amended Motion for Stay Pending Decision on Transfer (Doc. #12), filed by the Plaintiff on February 21, 2008, and the Defendant's Response (Doc. #15), filed on February 25, 2008. Upon consideration, it is hereby

ORDERED that the Amended Motion for Stay is DENIED.

The parties are DIRECTED to comply with the briefing schedule set out in this court's order (Doc. #8), entered on February 20, 2008.

DONE this 26th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE