IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:08-CV-76-WHA |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
|     Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW _ROSIE MAGWOOD_, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

   2-27-08                                      /s/Bobbie S. Crook
Date                                            Counsel

                                            Rosie Magwood
Counsel for (print names of all parties)

                                367 S. St. Andrews St., Dothan, AL 36301
Address, City, State Zip Code

                                (334) 671-8062 ext. 1
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Bobbie S. Crook, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and CM/ECF filing and service on this  27th  day of February, 2008, to:

| | |
|---|---|
| Terry Price, Esq. | Jeremy W. Stewart, Esq. |
| Ford & Harrison | John Ybarra, Esq. |
| 2100 Third Avenue North, Suite 400 | Littler Mendlelson |
| Birmingham, AL 35203 | 200 North LaSalle Street, Suite 2900 |
| tprice@fordharrison.com, | Chicago, IL 60601 |
| | jwstewart@littler.com |
| | jybarra@littler.com |

  2-27-08                                                  /s/Bobbie S. Crook
Date                                                         Signature