IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08cv076-WHA |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint (Doc. #20), filed on February 29, 2008, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before March 10, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 3rd day of March, 2008.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE