IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROSIE MAGWOOD, on behalf of herself
and others similarly situated,

        Plaintiff,

vs.

FAMILY DOLLAR STORES, INC.,

        Defendant.

No. 1:08-cv-76-WHA

Judge W. Harold Albritton, III

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Family Dollar Stores, Inc., the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationships to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Family Dollar Stores, Inc. | Parent Company |
| Family Dollar, Inc. | Subsidiary (wholly owned by Family Dollar Stores, Inc.) |
| Family Dollar Stores of Alabama, Inc. | Party (wholly owned subsidiary of Family Dollar, Inc.) |

| | |
|---|---|
| <u>March 3, 2008</u><br>Date | /s/ Terry Price<br>Terry Price<br>Alabama Bar No. ASB-4658-E58T<br>Email: tprice@fordharrison.com<br>Ford & Harrison LLP<br>2100 Third Avenue North, Suite 400<br>Birmingham, AL 35203<br>Telephone: (205) 244-5900<br>Facsimile: (205) 244-5901<br><br>John A. Ybarra (Admitted *pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>200 N. LaSalle Street, Suite 2900<br>Chicago, IL 60601<br>Telephone: (312) 372-5520<br>Facsimile: (312) 372-7880<br>E-mail: jybarra@littler.com<br>Bar No.: IL Bar No. 06196983<br><br>Jeremy W. Stewart (Admitted *pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>200 N. LaSalle Street, Suite 2900<br>Chicago, IL 60601<br>Telephone: (312) 372-5520<br>Facsimile: (312) 372-7880<br>E-mail: jwstewart@littler.com<br>Bar No.: IL Bar No. 6293884<br><br>Counsel For Family Dollar Stores, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 3rd day of March, 2008, with the Clerk of the Court by using the CM/ECF system, which will send electronic copies to: Bobbie S. Crook, 367 S. St. Andrews Street, Dothan, AL 36301, BCrook100@aol.com.

                                        /s/ Terry Price  
                                        Terry Price

Birmingham:20176.1