**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 5, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Rosie Magwood vs. Family Dollar Stores, Inc.**
**Case Number: 1:08cv76-WHA**

**Pleading : #24 - Motion for Leave to File Additional Supplemental Authority**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/5/08 with an error in No. 2 on the first page regarding the ruling of Judge Coogler.**

**The corrected pdf document is attached to this notice.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROSIE MAGWOOD, on behalf of herself
and others similarly situated,

        Plaintiff,

vs.

FAMILY DOLLAR STORES, INC.,

        Defendant.

No. 1:08-cv-76-WHA

Judge W. Harold Albritton, III

### DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL SUPPLEMENTAL AUTHORITY

Defendant Family Dollar Stores, Inc. ("Family Dollar"), hereby submits its Motion for Leave to File Additional Supplemental Authority. In support thereof, Family Dollar states as follows:

1. On February 20, 2008, Family Dollar filed its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a).

2. On March 4, 2008, Judge L. Scott Coogler of the Northern District of Alabama granted Family Dollar's Motion to Transfer Venue to the Western District of North Carolina (filed pursuant to 28 USC § 1404), in a case also involving nearly identical allegations of failure to pay Company employees overtime in violation of the Fair Labor Standards Act. *See* Exhibit A, attached hereto.

3. Therefore, in addition to the authority cited in Family Dollar's Motion to Transfer Venue, Family Dollar respectfully requests this Court to also consider *Scott v. Family Dollar Stores, Inc.*, 7:08-CV-16-LSC (N.D. Ala, March 4, 2008).

WHEREFORE, Defendant, Family Dollar Stores, Inc., respectfully requests leave to supplement authority for the Court's consideration.

Respectfully submitted,

/s/ Terry Price
Terry Price
Alabama Bar No. ASB-4658-E58T
Email: tprice@fordharrison.com
Ford & Harrison LLP
2100 Third Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 244-5900
Facsimile: (205) 244-5901

John A. Ybarra
(admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
E-mail: jybarra@littler.com
Bar No.: IL Bar No. 06196983

Jeremy W. Stewart
(admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL 60601
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
E-mail: jwstewart@littler.com
Bar No.: IL Bar No. 6293884

3

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing on the 4th day of March, 2008 with the Clerk of the Court by using the CM/ECF system, which will send electronic copies to: Bobbie S. Crook, 367 S. St. Andrews Street, Dothan, AL 36301, BCrook100@aol.com.

                                    /s/ Terry Price
                                    Terry Price

Birmingham:20200.1