IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, on behalf of herself and others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NUMBER: ) 1:08-cv-076-WHA ) JURY DEMAND |
| FAMILY DOLLAR STORES, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO WITHDRAW HER
FEBRUARY 29, 2008 MOTION TO AMEND**

**COMES NOW** the Plaintiff and, in support of the above-styled motion, states the following.

1. On February 29, 2008, the plaintiff filed a Motion to Amend her complaint by withdrawing the collective action allegations contained with said complaint. (Doc. #20).

2. On March 5, 2008, the defendant filed a Response to the plaintiff's Motion to Amend wherein the defendant requested the Court to deny plaintiff's Motion to Amend. (Doc. #26).

3. Based upon the defendant opposition to plaintiff's motion to amend and in the spirit of compromise, plaintiff hereby gives notice to this Court that she desires to withdraw her February 29th motion to amend.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff requests the Court to enter an Order granting the above-styled motion.

Respectfully submitted on this the  7th  day of March, 2008.

   /s/Bobbie S. Crook
**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South Saint Andrews Street
Dothan, AL 36301
334-671-8062 - telephone
334-677-2872 - facsimile
bcrook100@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion to Withdraw on the 7th day of March 2008, with the Clerk of the Court by using the CM/ECF system which will send electronic copies to: Terry Price, Ford & Harrison, 2100 Third Avenue North, Suite 400, Birmingham, AL 35203, tprice@fordharrison.com and Jeremy W. Stewart, jwstewart@littler.com, and John Ybarra, jybarra@littler.com, Littler Mendlelson, 200 North LaSalle Street, Suite 2900, Chicago, IL 60601.

   /s/Bobbie S. Crook
**Of Counsel**