IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:08cv076-WHA |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Withdraw her February 29, 2008 Motion to Amend (Doc. #28), filed on March 7, 2008, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Plaintiff's First Motion to Amend/Correct Complaint (Doc. #20), having been withdrawn by the Plaintiff, is DENIED as moot.

2. Plaintiff's Motion for Leave to File Reply to Defendant's Response (Doc. #27) is DENIED as moot.

DONE this 10th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE