IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROSIE MAGWOOD, etc.,            )
                               )
            Plaintiff,         )
                               )
vs.                            )    CIVIL ACTION NO. 1:08cv-076-WHA
                               )
FAMILY DOLLAR STORES, INC.,    )
                               )
            Defendant.         )

**<u>ORDER</u>**

Upon consideration, it is hereby ORDERED that the Defendant's two Motions for Leave

to File Supplemental Authority (Docs. #23 and 24) are GRANTED.

DONE this 10th day of March, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE