IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, on behalf of herself and others similarly situated, ) ) ) Plaintiff, ) vs. ) ) FAMILY DOLLAR STORES, INC., ) ) Defendant. ) | CIVIL ACTION NO. 1:08cv76-WHA |

**ORDER**

This cause is before the court on the Defendant's Motion to Transfer Venue. Upon consideration of the submissions of the parties in support of and against a transfer of venue, it appears to the court that oral argument on the pending motion would be helpful to the court. Accordingly, it is hereby

ORDERED that the Defendant's Motion to Transfer Venue is set for oral argument on April 14, 2008 at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 31st day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT COURT