IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: |
| ) | 1:08-cv-076-WHA |
| ) | JURY DEMAND |
| FAMILY DOLLAR STORES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the plaintiff and hereby gives notice of the appearance of Gregory O. Wiggins as lead counsel in this case.

                Respectfully submitted,

                /s/Gregory O. Wiggins
                Gregory O. Wiggins
                Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

1

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed today, April 8, 2008, by CM/ECF the above and foregoing, with copies being served on:

Terry Price
FORD & HARRISON, LLP
2100 3rd Avenue North, Suite 400
Birmingham, Alabama 35203

John A. Ybarra
Jeremy W. Stewart
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, Illinois 60606

                                                /s/Gregory O. Wiggins