# IN THE UNITED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROSIE MAGWOOD, on behalf of herself and others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) ) | **CIVIL ACTION NUMBER: 1:08-cv-076-WHA JURY DEMAND** |
| **FAMILY DOLLAR STORES, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW

COMES NOW, Bobbie S. Crook, attorney for the plaintiff, and hereby moves this Honorable Court to allow her to withdraw as counsel for the plaintiff.  The plaintiff will suffer no harm as a result of the granting of this motion as Gregory Wiggins has entered an appearance as lead counsel for the plaintiff and has full knowledge of the facts of this case.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff requests the Court to enter an Order granting the above-styled motion.

Respectfully submitted on this the _9th__ day of April, 2008.

  /s/Bobbie S. Crook_____
**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South Saint Andrews Street
Dothan, AL 36301
334-671-8062 - telephone
334-677-2872 - facsimile
bcrook100@aol.com

**OF COUNSEL:**

**Gregory O. Wiggins**
**Attorney for Plaintiff**
**WIGGINS, CHILDS, QUINN & PANTAZIS**
The Kress Building
301 19th Avenue North
Birmingham, AL 35203
205-314-0500

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing Motion to Withdraw on the 9th day of April 2008, with the Clerk of the Court by using the CM/ECF system which will send electronic copies to: Terry Price, Ford & Harrison, 2100 Third Avenue North, Suite 400, Birmingham, AL 35203, tprice@fordharrison.com and Jeremy W. Stewart, jwstewart@littler.com,and John Ybarra, jybarra@littler.com, Littler Mendlelson, 200 North LaSalle Street, Suite 2900, Chicago, IL 60601.

　　　/s/Bobbie S. Crook　　　　　　　
**Of Counsel**