IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, on behalf of herself and others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | CIVIL ACTION NUMBER: 1:08-cv-076-WHA **JURY DEMAND** |
| FAMILY DOLLAR STORES, INC., ) ) ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW, Bobbie S. Crook, attorney for the plaintiff, and hereby moves this Honorable Court to allow her to withdraw as counsel for the plaintiff. The plaintiff will suffer no harm as a result of the granting of this motion as Gregory Wiggins has entered an appearance as lead counsel for the plaintiff and has full knowledge of the facts of this case.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff requests the Court to enter an Order granting the above-styled motion.

Respectfully submitted on this the __9th__ day of April, 2008.

                                                                                /s/Bobbie S. Crook
                                                         **BOBBIE S. CROOK (CRO-040)**
                                                         **Attorney for Plaintiff**
                                                         367 South Saint Andrews Street
                                                         Dothan, AL 36301
                                                         334-671-8062 - telephone
                                                         334-677-2872 - facsimile
                                                         bcrook100@aol.com

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20___.

_____
UNITED STATES DISTRICT JUDGE