IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSIE MAGWOOD, on behalf of herself and others similarly situated, ) ) Plaintiff, ) ) vs. ) FAMILY DOLLAR STORES, INC., ) ) Defendant. ) | CIVIL ACTION NO. 1:08cv76-WHA |

**ORDER**

This cause is before the court on the Defendant's Motion to Transfer Venue. Upon consideration of the Notice of Transfer Order filed on April 10, 2008, and representation of the parties that they are in agreement that this case is a tag-along case which is subject to transfer by the United States Judicial Panel on Multidistrict Litigation, it is hereby

ORDERED as follows:

1. The oral argument set for April 14, 2008 in this case is CANCELLED.

2. The Motion to Transfer Venue (Doc. #5) is DENIED without prejudice to the Defendant re-filing a motion to transfer if appropriate at a later time.

Done this 11th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT COURT