**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF MDL TRANSFER

Frank G. Johns, Clerk
United States District Court
210 Charles R. Jonas Federal Bldg
401 West Trade Street
Charlotte, NC 28202

Re: MDL 1932 Family Dollar Stores Inc. Wage and Hour Employment Practices Litigation

Civil Action No. for MD/AL :1:08cv76-WHA, Rosie Magwood vs. Family Dollar Stores, Inc.

Dear Clerk:

The referenced case is being transferred to your court pursuant to the Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on April 25, 2008 and filed with your court on May 15, 2008.

As requested in your e-mail, the case is being transferred electronically. The following documents are being sent in PDF format to the email address provided in your request: copy of the complaint and a certified copy of the docket sheet.

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF LOUISIANA.**